IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02396-ZLW-BNB

ANNA EHRENFEUCHT,

Plaintiff,

v.

FRASIER MEADOWS MANOR INC., a Colorado nonprofit corporation,

Defendant.

_____

## **ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **February 10, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge